UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JAMES COX,

                              Plaintiff,

- against -

MID-HUDSON CONSTRUCTION MANAGEMENT,
INC., *et al.*,

                              Defendants.

**ORDER**

No. 19-CV-10642

-------------------------------------------------------------------x

Seibel, J.

      Pursuant to my Emergency Individual Rules and Practices in Light of COVID-19, last revised March 19, 2020, all parties to civil conferences shall attend by phone, using the following information:

      <u>Toll-Free Number</u>:  (877) 336-1839
      <u>Access Code</u>:  1047966

      The parties should call in from a landline, announce their names before speaking, and mute their lines when not speaking.  This Order is subject to revocation at any time.

**SO ORDERED.**

Dated: March 31, 2020
       White Plains, New York

                                                                 _____
                                                                  CATHY SEIBEL, U.S.D.J.